EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Resolución de Despedida de la Licenciada Maritza Santana Jiménez Compiladora y Publicista del Tribunal Supremo de Puerto Rico | 2007 TSPR 64<br><br>170 DPR _____ |

Número del Caso: ED-2007-01

Fecha: 30 de marzo de 2007

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Resolución de Despedida de la
Licenciada Maritza Santana Jiménez         ED-2007-01
Compiladora y Publicista del
Tribunal Supremo de Puerto Rico

RESOLUCIÓN

San Juan, Puerto Rico a 30 de marzo de 2007.

La licenciada Maritza Santana Jiménez finaliza sus labores en el Tribunal Supremo de Puerto Rico como Compiladora y Publicista en el día de hoy, luego de varios años de servicio al país desde la Rama Judicial. Este Tribunal, consciente de la gran labor realizada por la licenciada Santana Jiménez, le testimonia con esta Resolución su afecto y agradecimiento.

La licenciada Santana Jiménez comenzó a trabajar como Compiladora Auxiliar del Tribunal Supremo en marzo de 2005. Posteriormente, en octubre de 2006 la licenciada Santana Jiménez fue designada en propiedad al cargo de Compiladora y Publicista del Tribunal Supremo.

Como Compiladora y Publicista del Tribunal correspondió a la licenciada Santana Jiménez diseñar y encauzar la actualización de la colección oficial de las decisiones que emitió este Tribunal, conocida como *Decisiones de Puerto Rico*. A tenor con ello, le correspondió dirigir los trabajos de revisión y edición de las opiniones, sentencias, resoluciones y votos particulares del Tribunal y sus integrantes,

de modo que el producto que finalmente fuese publicado se ajustara a criterios de la más alta calidad. En el desempeño de todas estas tareas, la licenciada Santana Jiménez demostró siempre un alto grado de dedicación, laboriosidad y compromiso con la Rama Judicial, lo que permitió que se publicaran los tomos 155 al 159 durante el término que desempeñó el cargo.

Hoy, al despedir a la licenciada Santana Jiménez, recordamos con afecto y agradecimiento su disponibilidad para colaborar con este Tribunal en estas y otras encomiendas de importancia para la Rama Judicial y la comunidad jurídica y le deseamos éxito en su vida personal y profesional.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal.


Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo